**Andre BOYD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52218.**

Missouri Court of Appeals,
Western District.

July 16, 1996.

Rebecca L. Kurz, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Kurt U. Schaefer, Assistant Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

**ORDER**

PER CURIAM:

Andre Boyd appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing after pleading guilty to four counts of rape and one count of burglary in the first degree. He claims trial counsel was ineffective in failing to investigate a potential alibi defense. The motion court's judgment is affirmed by summary order. Rule 84.16(b).

**John L. MATHEIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52190.**

Missouri Court of Appeals,
Western District.

July 16, 1996.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

**ORDER**

PER CURIAM.

Appeals from order denying Rule 24.035 motion on his convictions for one count of sodomy, § 566.060, RSMo. Supp.1993; and one count of sexual abuse in the first degree, § 566.100, RSMo. Supp.1993.

Judgment affirmed. Rule 84.16(b).